# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 43 MAL 2019

         Respondent                :

                                   :    Petition for Allowance of Appeal from

                                   :    the Order of the Superior Court

         v.                     :

                                   :

MYRON WATSON,                :

                                   :

         Petitioner               :

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of June, 2019, the Petition for Allowance of Appeal is **DENIED**.